# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>DANIEL A. KWIATKOWSKI,<br>　　　　Defendant. | 3:09-cr-0006-RCJ-RAM<br><br>**ORDER** |

On December 16, 2010, Defendant Daniel A. Kwiatkowski ("Defendant") appeared before the Court on a Request for Modification to Conditions of Supervision.

IT IS ORDERED, Defendant's previously imposed conditions are modified to include the following:

**Residential Substance Abuse Treatment** - Defendant shall reside at, participate in, and successfully complete the Chemical Abuse Rehabilitation Environment (CARE) program, for a period of up to eight (8) months, which will include individual and/or group substance abuse treatment, drug/alcohol testing, employment development, and other programming deemed beneficial by the probation office. Further, Defendant shall be required to contribute to the costs of service for such treatment, as approved and directed by the probation office, based upon his ability to pay.

IT FURTHER ORDERED that the Defendant shall be detained from the date of his arrest until such time a space at the C.A.R.E. program is available.

IT IS FURTHER ORDERED, upon available space for Defendant at the C.A.R.E. Program, the U.S. Probation Office will transport the Defendant from the Washoe County Jail to the Reno/Tahoe International Airport in order for the Defendant to board a flight to Las Vegas, Nevada, where the

Defendant will be met by a U.S. Probation Officer and delivered to the C.A.R.E. program at Cornell Corrections in Las Vegas, Nevada.

IT IS FURTHER ORDERED that the vehicle the Defendant was arrested in or near on December, 15, 2010, shall be released to a third party, namely George Neil Aldrich of Carson City, Nevada, from pertinent custody, control and possession of the Reno Police Department.

IT IS FURTHER ORDERED, Status Check hearing is scheduled for Wednesday, December 22, 2010 at 1:30 PM in Reno Courtroom 6 before Judge Robert C. Jones. To the extent the Defendant is transported to the C.A.R.E. program prior to said hearing, the Probation Officer shall notify the Courtroom Deputy and the hearing shall be vacated.

IT IS SO ORDERED.

Dated: December 16, 2010.

_____
United States District Judge